UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAM SMITH,

       Plaintiff,                              No. 10-13898

v.                                          District Judge Mark A. Goldsmith
                                                Magistrate Judge R. Steven Whalen

LYNN M. DAVIDSON, ET AL.,

       Defendants.
                                      /

**ORDER**

    Before the Court is Plaintiff's motion for sanctions [Doc. #74], in which he claims that Defendant Misty Wojnarowicz disobeyed this Court's January 30, 2014 Order to answer Plaintiff's interrogatories regarding the current mailing address of unserved Defendant Deborah Ellis and other information regarding Ms. Ellis. In my Order [Doc. #71], I stated, "If they don't know where Ellis lives, they shall so indicate."

    According to Plaintiff's motion, Wojnarowicz' response to his interrogatories was, "I do not have information responsive to this request." The Plaintiff may not like this response, and he may be frustrated that Ms. Wojnarowicz has no information to help him locate Ms. Ellis, but this is a proper response to both interrogatories.

    Accordingly, Plaintiff's motion for sanctions [Doc. #74] is DENIED.

–1–

IT IS SO ORDERED.

Dated: February 24, 2014     s/R. Steven Whalen
                             R. STEVEN WHALEN
                             UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on February 24, 2014, electronically and/or by U.S. mail.

                             s/Michael Williams
                             Case Manager to the
                             Honorable R. Steven Whalen

–2–